UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANTOS BARTOLO RODRIGUEZ HERNANDEZ (A-Number: 243-163-235),

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 1:26-cv-06891-KES-EGC (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Doc. 1

Petitioner Santos Bartolo Rodriguez Hernandez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus. Doc 1. The Court construed the petition as challenging the statutory authority for petitioner's detention and ordered respondents to show cause why the petition should not be granted. Doc. 5. Respondents "respectfully maintain the position that detention is mandatory pursuant to 8 U.S.C. § 1225(b)(2)(A), but acknowledge that *Rodriguez Vazquez v. Bostock*, 2026 WL 2196424 (9th Cir. July 30, 2026), controls and holds that § 1226(a) governs Petitioner's detention because like *Rodriguez Vazquez*, Petitioner was apprehended while present in the United States without admission or parole." *See* Doc. 7 at 2.

Respondents indicate that petitioner is entitled to request a custody re-determination hearing. *Id.* at 1.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Santos Bartolo Rodriguez Hernandez (A-Number: 243-163-235) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within ten (10) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within ten (10) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve Central Valley Annex with a copy of this Order.

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE